# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| WANDA SAUVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-CV-00046 |
| v. | ) | |
| | ) | Chief Judge William J. Haynes, Jr. |
| SECURITAS SECURITY SERVICES USA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

---

## JOINT MOTION TO DISMISS SAMUEL LAMAR
---

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff Wanda Sauve and

Defendants Securitas Security Services USA, Inc. and Samuel Lamar hereby move to dismiss

Defendant Samuel Lamar from this action without prejudice.


Respectfully submitted,

/s/ Russell W. Jackson
Thomas L. Henderson (TN BPR No. 11526)
Russell W. Jackson (TN BPR No. 27322)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Telephone:  (901) 767-6160
Facsimile:  (901) 767-7411

**ATTORNEYS FOR DEFENDANT**

/s/ Christoper P. Westmoreland (by RWJ w/permission)
Christopher P. Westmoreland
Law Office of Christopher Westmoreland
116 E Depot Street
Shelbyville, TN 37160

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2013, I caused the foregoing to be served,

via the Court's electronic filing system, on the following:


Christopher P. Westmoreland
Law Office of Christopher Westmoreland
116 E Depot Street
Shelbyville, TN 37160

/s/ Russell W. Jackson