IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WANDA SAUVE, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 1:12-0046 |
| ) | Chief Judge Haynes |
| SECURITAS SECURITY SERVICES, USA, INC., ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Upon the parties' joint motion to dismiss Samuel Lamar (Docket Entry No. 25) and pursuant to Fed. R. Civ. P. 21, Plaintiff's claims against Samuel Lamar are **DISMISSED** without prejudice.

It is so **ORDERED**.

**ENTERED** this the 8th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court