IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WANDA SAUVE, | ) |
| | ) |
| Plaintiff, | ) No. 1:12-cv-00046 |
| | ) Chief Judge Haynes |
| v. | ) |
| | ) |
| SECURITAS SECURITY SERVICES, USA, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 23) is **GRANTED** and this action is **DISMISSED with prejudice.**

It is so **ORDERED**.

This is the Final Order in this action.

Entered this the 26 day of August, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court