UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

WANDA SAUVE                          )
                                     )
v.                                   )        NO. 1:12cv0046
                                     )        CHIEF JUDGE HAYNES
SECURITAS SECURITY SERVICES,         )
USA, INC.                            )

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/9/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk